# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Consuelo Griselda Nerio Mejia, | Case No.  2:21-cv-09115-FMO-MAA |
| Plaintiff, | 9th Circuit Court of Appeals: 23-3162 |
| v. | [**PROPOSED**] ORDER FOR STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |
| Leland Dudek, ACTING COMMISIONER OF SOCIAL SECURTY, | |
| Defendant. | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees and Expenses, **IT IS ORDERED** that fees and expenses in the amount of NINETEEN THOUSAND DOLLARS and 00/100 ($19,000.00) as authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Stipulation.

IT IS SO ORDERED.

DATE: 3/3/2025

_____
HON. MARIA A. AUDERO
UNITED STATES MAGISTRATE JUDGE